**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JAMSHID SHAFA,

     Petitioner,

v.                          No. 2:26-cv-00775-MLG-KRS

MARKWAYNE MULLIN, in his official capacity
as Secretary of the U.S. Department of Homeland
Security, et al.,

     Respondents.

**<u>ORDER GRANTING VOLUNATRY DISMISSAL</u>**

This matter is before the Court on parties' Joint Notice of Dismissal, Doc. 10, filed July 24, 2026. Petitioner Jamshid Shafa, an Afghani citizen, was detained at the Otero County Processing Center in Chaparral, New Mexico. Doc. 1 at 6, 7 ¶¶ 17, 23. He filed a Petition for Writ of Habeas Corpus ("Petition") in which he requested he be immediately released or provided a bond hearing. Doc. 1 at 21. On June 5, 2026, Shafa's application for asylum was granted. Doc. 10. Shafa was released on July 14, 2026. *Id.* The parties therefore request the court dismiss the Petition as it is now moot. *Id.*

The Court, having read the Joint Notice of Dismissal and being otherwise sufficiently advised, finds the notice is well taken. Shafa's Petition (Doc. 1) is hereby dismissed without prejudice. Final dismissal will be entered separately pursuant to Federal Rule of Civil Procedure 58(a).

It is so ordered.

                                              _____

                                              UNITED STATES DISTRICT JUDGE
                                              MATTHEW L. GARCIA